# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL NO. SA-19-CV-876-_____** |
| | ) | |
| **$741,121.60 IN UNITED STATES** | ) | |
| **CURRENCY SEIZED FROM WELLS** | ) | |
| **FARGO BANK ACCOUNT 2000618203** | ) | |
| **IN THE NAME OF MILISSA LYN** | ) | |
| **PRITCHETT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## VERIFIED COMPLAINT FOR FORFEITURE

Comes now Petitioner United States of America, by and through the United States Attorney

for the Western District of Texas and the undersigned Assistant United States Attorney, pursuant

to Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

Fed. R. Civ. P., and respectfully states as follows:

### I.
### NATURE OF THIS ACTION

This action is brought by the United States of America seeking forfeiture to the United

States of the following property:

> **$741,121.60 in United States Currency Seized from Wells Fargo Bank**
> **Account 2000618203 in the Name of Milissa Lyn Pritchett,**

hereinafter the "Respondent Property."

### II.
### JURISDICTION AND VENUE

Under Title 28 U.S.C. § 1345, this Court has jurisdiction over an action commenced by the

United States, and under Title 28 U.S.C. § 1355(a), jurisdiction over an action for forfeiture.   This

Court has *in rem* jurisdiction over the Respondent Property under Title 28 U.S.C. §§1355(b) and

1395.   Venue is proper in this district pursuant to Title 28 U.S.C. § 1355(b)(1) because the acts

or omissions giving rise to the forfeiture occurred in this district, and pursuant to Title 28 U.S.C.

§§ 1355(b)(1)(B) and 1395(b) because the Respondent Property is found in this district.

### III.
### STATURY BASIS FOR FORFEITURE

This is a civil forfeiture action *in rem* brought against the Respondent Property for violation

of Title 18 U.S.C. § 1343 and subject to forfeiture to the United States of America pursuant to

Title 18 U.S.C. § 981(a)(1)(C), which states (with emphasis added):

**§ 981.   Civil forfeiture**
**(a)(1)** The following property is subject to forfeiture to the United States:
***
**(C)** Any property, real or personal, which constitutes or is derived from proceeds traceable to . . . any offense constituting "*specified unlawful activity*" (as defined in section 1956(c)(7) of this title . . . .

↓

**§ 1956.   Laundering of monetary instruments**
***
**(c)** As used in this section—
***
**(7)** the term "*specified unlawful activity*" means—
**(A)** any act or activity constituting an offense listed in section *1961(1)* of this title . . . .

↓

**§ 1961.   Definitions**
As used in this chapter—
**(1)** "racketeering activity" means . . . (B) any act which is indictable under any of the following provisions of *title 18, United States Code*: . . . section *1343 (relating to wire fraud)* . . . .

## IV.
## FACTS IN SUPPORT OF VIOLATION

On May 9, 2019, Special Agent (SA) Jason Bollen, United States Secret Service (USSS), San Antonio Field Office, received information from a Frost Bank investigator in reference to a customer, 511 Meeting Street LLC, who had wired $742,788.90 to Wells Fargo Bank account number 2000618203 on May 06, 2019.[1]   That same day, SA Bollen contacted a Wells Fargo Bank investigator and confirmed the above referenced wire transfer into account number 2000618203, in the name of Milissa Lyn Pritchett (PRITCHETT), located in Antioch, CA.   The Wells Fargo Bank investigator advised that PRITCHETT had attempted to withdraw approximately $200,000.00 in cash the prior day.   The Wells Fargo Bank investigator also stated that PRITCHETT is the sole owner of the account and opened it on-line on January 7, 2019, with a beginning balance of $17.00.   The Wells Fargo Bank investigator stated that most of the funds were still in the account.

Also on May 9, 2019, SA Bollen contacted Greg Bowers (BOWERS), Vice President of Accounting at 511 Meeting Street LLC, located in Austin, TX.   BOWERS advised that his company, a real-estate developer, fell victim to a Business Email Compromise by wiring $742,788.90 to Wells Fargo Bank account number 2000618203.   Bowers advised the agent that on April 29, 2019, Ty Wenglar, Project Manager at 511 Meeting Street LLC (and three others) received a spoofed email from someone impersonating Gaye Gardner at gaye.gardner@mhmasnory-associates.com (notice the spelling of masonry), a subcontractor, advising 511 Meeting Street LLC of a change in payment instructions.   The genuine email

---

[1] For jurisdiction purposes, it should be noted that all Frost Bank wire transfers occur in and out of San Antonio, TX, while the Wells Fargo servers are located in San Francisco, CA.

address for Gaye Gardner is gaye.gardner@mhmasonry-associates.com.   The email advised 511 Meeting Street LLC to wire the funds to Wells Fargo Bank account number 2000618203 in the name of MH Masonry.   BOWERS advised SA Bollen that based on this email, his company wired the funds as directed on May 6, 2019.   BOWERS stated that the fraud was discovered when 511 Meeting Street LLC received a phone call from Frost Bank on May 9, 2019, confirming the wire transfer.   Frost Bank stated that it was contacted by Wells Fargo Bank because Wells Fargo Bank noticed that the recipient name on the wire transfer did not match the name on the recipient account (MH Masonry vs. Millissa Lyn Pritchett).   BOWERS stated that he then contacted MH Masonry and verified that it did not send an email changing payment instructions and that Wells Fargo Bank account number 2000618203 in the name of Milissa Lyn Pritchett had no association to MH Masonry.

USSS applied for and received state seizure warrant 2019-W-0707 (Bexar County, Texas) on May 9, 2019, to seize funds up to $742,788.90 in Wells Fargo Bank account number 2000618203.   USSS executed the state seizure warrant on Wells Fargo Bank and received $741,121.60 in the form of cashier's check 0001794452 on May 14, 2019, which is the Respondent Property in this civil complaint.   On June 3, 2019, under cause number 2019-W-0707, the 226th Judicial District, Bexar County, Texas, issued a turnover order to USSS, so the USSS could initiate federal forfeiture proceedings against the Respondent Property.

These facts reasonably establish that the Respondent Property is property traceable to the Wire Fraud violation, Title 18 U.S.C. § 1343, a specified unlawful activity, which makes said property subject to civil forfeiture pursuant to Title 18 U.S.C. § 981(a)(1(C).

## V.
## PRAYER

WHEREFORE, Petitioner, United States of America, prays that due process issue to enforce the forfeiture of the Respondent Property, that due notice pursuant to Rule G(4) be given to all interested parties to appear and show cause why forfeiture should not be decreed,[2] and in accordance with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Fed. R. Civ. P., that the Respondent Property be forfeited to the United States of America, that the Property be disposed of in accordance with the law and for any such further relief as this Honorable Court deems just and proper.

Respectfully submitted,

JOHN F. BASH
United States Attorney

By: _____

Antonio Franco, Jr.
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, suite 600
San Antonio, TX 78216
Tel: 210-384-7040
Fax: 210-384-7045
Email: antonio.franco@usdoj.gov
Texas Bar No. 00784077

Attorneys for the United States of America

---

[2] Appendix A, which is being filed along with this complaint, will be sent to those known to the United States to have an interest in the Respondent Property.

5

## VERIFICATION

Special Agent Jason Bollen, declares and says that:

1.      I am a Special Agent with the United States Secret Service, assigned to the San Antonio Field Office, and I am the investigator responsible for the accuracy of the information provided in this litigation.

2.      I have read the above Verified Complaint for Forfeiture and know: the contents thereof; the information contained in the Verified Complaint for Forfeiture has been furnished by official government sources; and the allegations contained in the Verified Complaint for Forfeiture are true based on information and belief.

Pursuant to Title 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the   23   day of   July   , 2019.

Jason Bollen, Special Agent
United States Secret Service
San Antonio Field Office

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL NO. SA-19-CV-876-_____ |
| | ) | |
| $741,121.60 IN UNITED STATES | ) | |
| CURRENCY SEIZED FROM WELLS | ) | |
| FARGO BANK ACCOUNT 2000618203 | ) | |
| IN THE NAME OF MILISSA LYN | ) | |
| PRITCHETT, | ) | |
| | ) | |
| Respondent. | ) | |

## <u>ORDER FOR WARRANT OF ARREST OF PROPERTY</u>

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the _____ day of

_____, 2019, against the following property:

**$741,121.60 in United States Currency Seized from Wells Fargo Bank Account
2000618203 in the Name of Milissa Lyn Pritchett,**

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to

forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violation

of Title 18 U.S.C. § 1343; IT IS THEREFORE

ORDERED that a Warrant for Arrest of Respondent Property issue as prayed for, and that

the United States Secret Service or its designated agent for the Western District of Texas, or any

other law enforcement officer, or any other person or organization authorized by law to enforce

the warrant, be commanded to arrest the Respondent Property and to take actual or constructive

possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil

Procedure until further order of the Court, and to use whatever means may be appropriate to protect

and maintain the Respondent Property while in custody, including designating a substitute

custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.

SIGNED this _____ day of _____, 2019.

_____

UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| V. | ) | CIVIL NO. SA-19-CV-876-_____ |
| | ) | |
| $741,121.60 IN UNITED STATES | ) | |
| CURRENCY SEIZED FROM WELLS | ) | |
| FARGO BANK ACCOUNT 2000618203 | ) | |
| IN THE NAME OF MILISSA LYN | ) | |
| PRITCHETT, | ) | |
| | ) | |
| **Respondent.** | ) | |

## WARRANT FOR THE ARREST OF PROPERTY

**TO THE UNITED STATES SECRET SERVICE, OR ITS DESIGNATED AGENT, OR OTHER AUTHORIZED LAW ENFORCEMENT OFFICER OR ANY OTHER PERSON OR ORGANIZATION AUTHORIZED BY LAW TO ENFORCE THE WARRANT:**

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on the _____ day

of _____, 2019, against the following property:

**$741,121.60 in United States Currency Seized from Wells Fargo Bank Account 2000618203 in the Name of Milissa Lyn Pritchett,**

hereinafter the "Respondent Property," alleging that the Respondent Property is subject to

forfeiture to the United States of America pursuant to Title 18 U.S.C. § 981(a)(1)(C) for violation

of Title 18 U.S.C. § 1343; and

WHEREAS an Order has been entered by the United States District Court for the Western

District of Texas that a Warrant for Arrest of Property be issued as prayed for by Petitioner United

States of America.

YOU ARE THEREFORE COMMANDED to arrest and take actual or constructive

possession of Respondent Property as soon as practicable by serving a copy of this warrant on the

custodian in whose possession, custody or control the Respondent Property is presently found, and

to use whatever means may be appropriate to protect and maintain the Respondent Property in

your custody until further order of this Court, including designating a substitute custodian or

representative for the purposes of maintaining the care and custody of the Respondent Property

and to make a return as provided by law.

SIGNED this _____ day of _____, 2019.

JEANNETTE CLACK
United States District Clerk
Western District of Texas

By:_____
    Deputy

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | CIVIL NO. SA-19-CV-876-_____ |
| | ) | |
| $741,121.60 IN UNITED STATES | ) | |
| CURRENCY SEIZED FROM WELLS | ) | |
| FARGO BANK ACCOUNT 2000618203 | ) | |
| IN THE NAME OF MILISSA LYN | ) | |
| PRITCHETT, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF COMPLAINT FOR FORFEITURE

1.      On the _____ day of _____, 2019, a Verified Complaint

for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District

of Texas and Assistant United States Attorney Antonio Franco, Jr., against the property described

below, which is also specifically described in the Verified Complaint for Forfeiture, for violation

of Title 18 U.S.C. § 1343, Wire Fraud, and subject to forfeiture to the United States of America

pursuant to Title 18 U.S.C. § 981(a)(1)(C), namely:

**$741,121.60 in United States Currency Seized from Wells Fargo Bank Account
2000618203 in the Name of Milissa Lyn Pritchett,**

hereinafter the "Respondent Property."

2.      Pursuant to Supplemental Rule G(4)(b), notice to any person who reasonably

appears to be a potential claimant shall be by direct notice.  Accompanying this notice is the

Verified Complaint for Forfeiture which has been filed in this cause and which describes the

Respondent Property.   Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in

the Respondent Property who has received direct notice of this forfeiture action must file a Claim,

**APPENDIX A**

in compliance with Rule G(5)(a), with the court within **thirty-five (35) days after the notice was sent, if delivered by mail (if mailed, the date sent is provided below), or within 35 days of the date of delivery, if notice was personally served.**   An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **twenty-one (21)** days of the Claim being filed.

The Claim and Answer must be filed with the Clerk of the Court, 655 E. Cesar E. Chavez Blvd., Room G65, San Antonio, Texas 78206, and copies of each must be served upon Assistant United States Attorney Antonio Franco, Jr., 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216, or default and forfeiture will be ordered.   *See* Title 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

**DATE NOTICE MAILED:**_____

2

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America | $741,121.60 in United States Currency Seized from Wells Fargo Bank Account 2000618203 in the Name of Milissa Lyn Pritchett |
| **(b)**  County of Residence of First Listed Plaintiff _____<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant    Bexar<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*<br>Antonio Franco, Jr., U.S. Attorney's Office<br>601 NW Loop 410, Suite 600, San Antonio, TX 78216<br>210-384-7040 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
      Plaintiff

☐ 2   U.S. Government
      Defendant

☐ 3   Federal Question
      *(U.S. Government Not a Party)*

☐ 4   Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>   Liability<br>☐ 320 Assault, Libel &<br>   Slander<br>☐ 330 Federal Employers'<br>   Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>   Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>   Product Liability<br>☐ 360 Other Personal<br>   Injury<br>☐ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>   Product Liability<br>☐ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>☐ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>   Property Damage<br>☐ 385 Property Damage<br>   Product Liability | ☐ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>☒ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>   28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>   New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>   3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>   Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>   Accommodations<br>☐ 445 Amer. w/Disabilities -<br>   Employment<br>☐ 446 Amer. w/Disabilities -<br>   Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>   Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | **LABOR**<br>☐ 710 Fair Labor Standards<br>   Act<br>☐ 720 Labor/Management<br>   Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>   Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>   Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>   Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>☐ 871 IRS—Third Party<br>   26 USC 7609 | ☐ 893 Environmental Matters<br>☐ 895 Freedom of Information<br>   Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>☐ 950 Constitutionality of<br>   State Statutes |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
      Proceeding

☐ 2   Removed from
      State Court

☐ 3   Remanded from
      Appellate Court

☐ 4   Reinstated or
      Reopened

☐ 5   Transferred from
      Another District
      *(specify)*

☐ 6   Multidistrict
      Litigation -
      Transfer

☐ 8   Multidistrict
      Litigation -
      Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 18 U.S.C. § 981(a)(1)(C)
Brief description of cause:
forfeiture of proceeds from wire fraud

| VII.  REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>741,121.60 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

| VIII.  RELATED CASE(S)<br>IF ANY | *(See instructions):* | JUDGE _____ | DOCKET NUMBER _____ |
|---|---|---|---|

DATE
07/23/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____